UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FAYE BERUBE,                    ) | |
|                   PLAINTIFF    ) | |
| v.                              ) | CIVIL NO. 2:15-CV-326-DBH |
| UBS FINANCIAL SERVICES INC.,    ) | |
|                   DEFENDANT   ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A Local Rule 56(h) pre-filing conference was held on June 28, 2016.

The plaintiff's Complaint asserts a disability discrimination claim against the defendant pursuant to the Maine Human Rights Act, 5 M.R.S.A. § 4572 (2015). In September 2015, the defendant moved to dismiss the plaintiff's claim, arguing that it was barred by the statute of limitations. After I heard oral argument on the defendant's motion in November 2015, I granted the defendant's motion to dismiss as to any claim up to and including the plaintiff's termination but denied the defendant's motion as to the plaintiff's allegations regarding post-termination discriminatory conduct (most of which related to the plaintiff's alleged inability to submit reimbursement reports for her expenses and being denied access to certain information to do the same).

The defendant now plans to move for summary judgment on the post-termination conduct. The pre-filing conference suggested substantial agreement as to the material facts, and the lawyers agreed that they may be able to produce

a stipulated record for the court to make a judgment upon. Accordingly, the Court endorsed the following scheduling deadlines proposed by the parties:

> By July 8, 2016, the parties shall notify the court of their decision regarding whether to proceed on a stipulated factual record or whether the defendant will move for summary judgment and file its statement of material facts.
>
> By July 28, 2016, regardless of the parties' decision, the defendant shall file its motion and supporting documents in accordance with the limits proposed in its pre-conference filing memorandum.
>
> By August 25, 2016, the plaintiff shall file her response and, if necessary, her opposing statements of material fact, and any additional facts not to exceed twenty-five. The page limit for the plaintiff's response shall be twenty pages.
>
> By September 8, 2016, the defendant shall file its reply.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JUNE, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**